# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 14-00358m |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Andrew Edward MADRID ) | 18 U.S.C. 3143(a)] |
| ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __SD CAL__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __no evidence by A; no bail resources; nature of__

1 | charges - failures to report; no-bail warrant
2 |
3 |
4 | and/or
5 | B.  (✓)  The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: no evidence by D; criminal history; nature of
10 | charges - exhibiting deadly weapon
11 |
12 |
13 |
14 |    IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: 2/14/14
18 |
19 |                              _____
20 |                              RALPH ZAREFSKY
                                  UNITED STATES MAGISTRATE JUDGE